# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
LAVIN, KEVIN C. § Case No. 09-10624
§
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 578.00 *(Without deducting any secured claims)* | Assets Exempt: 69,350.65 |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: 26,734.38 |
| Total Expenses of Administration: 177,720.25 | |

3) Total gross receipts of $ 385,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 207,279.75 (see **Exhibit 2**), yielded net receipts of $ 177,720.25 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 177,720.25 | 177,720.25 | 177,720.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,734.38 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 26,734.38 | $ 177,720.25 | $ 177,720.25 | $ 177,720.25 |

4) This case was originally filed under chapter 7 on 03/27/2009 . The case was pending for 104 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/17/2017            By:/s/Frances Gecker
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LITIGATION | 1249-000 | 385,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 385,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KEVIN LAVIN | Exemptions | 8100-002 | 15,000.00 |
| LAVIN, KEVIN C. | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 192,279.75 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 207,279.75** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 12,136.01 | 12,136.01 | 12,136.01 |
| Associated Bank | 2600-000 | NA | 608.72 | 608.72 | 608.72 |
| FrankGecker LLP | 3110-000 | NA | 10,812.50 | 10,812.50 | 10,812.50 |
| FrankGecker LLP | 3120-000 | NA | 112.06 | 112.06 | 112.06 |
| Marc J. Pearlman and Jeff Anderson | 3210-000 | NA | 154,000.00 | 154,000.00 | 154,000.00 |
| Marc J. Pearlman and Jeff Anderson | 3220-000 | NA | 50.96 | 50.96 | 50.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 177,720.25 | $ 177,720.25 | $ 177,720.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALLIED INTERSTATE INC | | 381.00 | NA | NA | 0.00 |
| | AMERICAN MEDIATION & ALTERNATIVE RE | | 0.00 | NA | NA | 0.00 |
| | ARROW FINANCIAL | | 2,556.36 | NA | NA | 0.00 |
| | ASSET ACCEPTANCE | | 9,100.00 | NA | NA | 0.00 |
| | BLITT AND GAINES, PC | | 0.00 | NA | NA | 0.00 |
| | CHASE | | 0.00 | NA | NA | 0.00 |
| | CITI | | 7,218.00 | NA | NA | 0.00 |
| | COLLECTION COMPANY OF | | 260.00 | NA | NA | 0.00 |
| | GEMB/GAP | | 0.00 | NA | NA | 0.00 |
| | HSBC BANK | | 0.00 | NA | NA | 0.00 |
| | HSBC BEST BUY | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JB ROBINSON | | 0.00 | NA | NA | 0.00 |
| | JC PENNEY | | 0.00 | NA | NA | 0.00 |
| | KEYNOTE CONSULTING | | 194.00 | NA | NA | 0.00 |
| | KEYNOTE CONSULTING | | 237.00 | NA | NA | 0.00 |
| | LVNV FUNDING | | 347.00 | NA | NA | 0.00 |
| | LVNV FUNDING | | 740.00 | NA | NA | 0.00 |
| | LVNV FUNDING LLC | | 175.00 | NA | NA | 0.00 |
| | LVNV FUNDING LLC | | 3,088.00 | NA | NA | 0.00 |
| | NCO FIN/99 | | 180.00 | NA | NA | 0.00 |
| | NCO FINANCIAL SYSTEMS | | 382.00 | NA | NA | 0.00 |
| | NCO FINANCIAL SYSTEMS | | 63.00 | NA | NA | 0.00 |
| | RESURGENT CAPITAL SERVICES | | 348.02 | NA | NA | 0.00 |
| | TORRES CREDIT | | 521.00 | NA | NA | 0.00 |
| | US BANK | | 0.00 | NA | NA | 0.00 |
| | VERIZON | | 944.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 26,734.38 | $ 0.00 | $ 0.00 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-10624 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | LAVIN, KEVIN C. | | | | Date Filed (f) or Converted (c): | 03/27/2009 (f) |
| | | | | | 341(a) Meeting Date: | 05/08/2009 |
| For Period Ending: | 10/17/2017 | | | | Claims Bar Date: | 05/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - TCF BANK<br><br>A no asset report was filed on 5/11/09. This case was reopened on 1/26/17. Frances Gecker was not the original appointed Trustee. All assets were fully administered prior to Frances Gecker's appointment. | 10.00 | 10.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS<br><br>A no asset report was filed on 5/11/09. This case was reopened on 1/26/17. Frances Gecker was not the original appointed Trustee. All assets were fully administered prior to Frances Gecker's appointment. | 650.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL<br><br>A no asset report was filed on 5/11/09. This case was reopened on 1/26/17. Frances Gecker was not the original appointed Trustee. All assets were fully administered prior to Frances Gecker's appointment. | 300.00 | 0.00 | | 0.00 | FA |
| 4. LIFE INSURANCE THROUGH FORMER EMPLOYER<br><br>A no asset report was filed on 5/11/09. This case was reopened on 1/26/17. Frances Gecker was not the original appointed Trustee. All assets were fully administered prior to Frances Gecker's appointment. | 0.00 | 0.00 | | 0.00 | FA |
| 5. 401K<br><br>A no asset report was filed on 5/11/09. This case was reopened on 1/26/17. Frances Gecker was not the original appointed Trustee. All assets were fully administered prior to Frances Gecker's appointment. | 47,663.65 | 0.00 | | 0.00 | FA |
| 6. 2008 TAX REFUND (ESTIMATED)<br><br>A no asset report was filed on 5/11/09. This case was reopened on 1/26/17. Frances Gecker was not the original appointed Trustee. All assets were fully administered prior to Frances Gecker's appointment. | 2,900.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-10624 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | LAVIN, KEVIN C. | | | | Date Filed (f) or Converted (c): | 03/27/2009 (f) |
| | | | | | 341(a) Meeting Date: | 05/08/2009 |
| For Period Ending: | 10/17/2017 | | | | Claims Bar Date: | 05/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. 2003 OLDSMOBILE ALERO  A no asset report was filed on 5/11/09. This case was reopened on 1/26/17. Frances Gecker was not the original appointed Trustee. All assets were fully administered prior to Frances Gecker's appointment. | 3,405.00 | 0.00 | | 0.00 | FA |
| 8. LITIGATION (u) | 0.00 | 385,000.00 | | 385,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $54,928.65  $385,010.00  $385,000.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/12/17 - THE TRUSTEE WILL SUBMIT A TDR TO THE UST FOR APPROVAL.

Initial Projected Date of Final Report (TFR): 07/15/2017      Current Projected Date of Final Report (TFR): 07/15/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-10624 | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LAVIN, KEVIN C. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2168 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8662 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/17/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/17 | 8 | ARCHDIOCESE OF CHICAGO PROTECTED SELF-INSURANCE PROG | Settlement of Litigation | 1249-000 | $385,000.00 | | $385,000.00 |
| 04/25/17 | 5001 | KEVIN LAVIN 7041 Coachwood Trail Tinley Park, IL 60477 | DEBTOR'S EXEMPTION | 8100-002 | | $15,000.00 | $370,000.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $184.59 | $369,815.41 |
| 05/08/17 | 5002 | Marc J. Pearlman and Jeff Anderson Kerns Frost & Pearlman LLC Anderson & Associates, PA | Order dated 3/16/17 - Special Counsel fees and expenses | | | $154,050.96 | $215,764.45 |
| | | Marc J. Pearlman and Jeff Anderson | ($154,000.00) | 3210-000 | | | |
| | | Marc J. Pearlman and Jeff Anderson | ($50.96) | 3220-000 | | | |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $424.13 | $215,340.32 |
| 09/29/17 | 5003 | Frances Gecker FRANKGECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $12,136.01 | $203,204.31 |
| 09/29/17 | 5004 | FrankGecker LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60654 | Distribution | | | $10,924.56 | $192,279.75 |
| | | FrankGecker LLP | Final distribution representing a payment of 100.00 % per court order. ($10,812.50) | 3110-000 | | | |
| | | FrankGecker LLP | Final distribution representing a payment of 100.00 % per court order. ($112.06) | 3120-000 | | | |
| 09/29/17 | 5005 | LAVIN, KEVIN C. 16507 76th Avenue Tinley Park, IL 60477 | Distribution of surplus funds to debtor. | 8200-002 | | $192,279.75 | $0.00 |

COLUMN TOTALS $385,000.00 $385,000.00

Page Subtotals: $385,000.00 $385,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $385,000.00 | $385,000.00 |
| Less: Payments to Debtors | $0.00 | $207,279.75 |
| Net | $385,000.00 | $177,720.25 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2168 - Checking | $385,000.00 | $177,720.25 | $0.00 |
|  | $385,000.00 | $177,720.25 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $385,000.00 |
| Total Gross Receipts: | $385,000.00 |

Page Subtotals:    $0.00    $0.00